FILED
DEC 2 3 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10CR4089-GT |
| Plaintiff, | |
| v. | ORDER |
| BRAULIO LOPEZ-RODRIGUEZ, | |
| Defendant. | |

Upon application of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the sentencing hearing set for January 24, 2010, is continued until 14 MAR 2011 at 9:00 a.m.

**SO ORDERED.**

Dated: 12-23-10

_____
HONORABLE GORDON THOMPSON JR.
UNITED STATES DISTRICT JUDGE